UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-CR-00023-DJH-2
*Electronically Filed*

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.

JENNIFER O'BANNON                                                                            DEFENDANT

## JENNIFER O'BANNON'S UNOPPOSED
## MOTION TO CONTINUE TRIAL

Jennifer O'Bannon, by counsel, respectfully requests the Court to continue the trial in her case, currently scheduled to begin on August 7, 2023. Ms. O'Bannon and the government are engaged in plea negotiations.

The Speedy Trial Act exempts from its deadlines any "period of delay resulting from...proceedings concerning the defendant...." 18 U.S.C. § 3161(h)(1). Delay attributable to settlement negotiations is excludable under this provision of the Act. *United States v. Montgomery*, 395 F. App'x 177, 182 (6th Cir. 2010); *United States v. Bowers*, 834 F.2d 607, 609-610 (6th Cir. 1987).

Undersigned counsel has discussed the requested delay with counsel for co-defendant Levelle O'Bannon, and with the government and neither party objects to a continuance.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**

*/s/ JOHN CASEY MCCALL*
**JOHN CASEY MCCALL**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

### CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ John Casey McCall*
John Casey McCall