UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                       PLAINTIFF

v.                                                             CRIMINAL ACTION NO. 3:23-CR-23-DJH

JENNIFER O'BANNON                                                              DEFENDANT

## AGREED ORDER

The United States, and the defendant, both by counsel, having AGREED, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that prosecution of the matter herein is and shall be deferred pursuant to written agreement between the United States and the defendant, for the purpose of allowing the defendant to demonstrate her good conduct.

Furthermore, it is **HEREBY ORDERED** that all further criminal proceedings, including initial appearance and trial, are **CONTINUED for a period of 18 months,** and that unless otherwise requested by a party hereto, no further proceedings will be scheduled by this Court.

It is further **ORDERED** that within 30 days after defendant's successful completion of pretrial diversion, the United States will file with this Court a Notice of Dismissal, with prejudice, of charges filed in this action.

Finally, pursuant to 18 U.S.C. §3161(h)(2), and with this Court's express approval, the period during which this prosecution is delayed shall be and hereby is EXCLUDED under the Speedy Trial Act.

HAVE SEEN AND AGREED TO:

MICHAEL A. BENNETT
United States Attorney

| | |
|---|---|
| *(signature)* | *(signature)* |
| A. Spencer McKiness | Casey McCall |
| Assistant U.S. Attorney | Attorney for Defendant |

Entered and approved this _____ day of _____, 20__.

_____
JUDGE, United States District Court