UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:23-cr-23-DJH-2 |
| JENNIFER O'BANNON, | Defendants. |

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a change-of-plea hearing on November 29, 2023, with the following counsel participating:

    For the United States:    A. Spencer McKiness

    For Defendant:    John Casey McCall

The defendant was present. Counsel informed the Court that the parties had reached an agreement for pretrial diversion, rather than the change of plea contemplated by the plea agreement. Accordingly, and by agreement of the parties, it is hereby

**ORDERED** that the change-of-plea hearing is **CONTINUED**. The Court will address the parties' pretrial-diversion agreement by subsequent order following entry of the agreement into the record.

November 29, 2023

                                                            David J. Hale, Judge
                                                       United States District Court

Court Time: 00/05
Court Reporter: Dena Legg