UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:23-CR-23-DJH |
| JENNIFER O'BANNON | DEFENDANT |

### AGREED ORDER

The United States, and the defendant, both by counsel, having AGREED, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that prosecution of the matter herein is and shall be deferred pursuant to written agreement between the United States and the defendant, for the purpose of allowing the defendant to demonstrate her good conduct.

Furthermore, it is **HEREBY ORDERED** that all further criminal proceedings, including initial appearance and trial, are **CONTINUED for a period of 18 months,** and that unless otherwise requested by a party hereto, no further proceedings will be scheduled by this Court.

It is further **ORDERED** that within 30 days after defendant's successful completion of pretrial diversion, the United States will file with this Court a Motion for Dismissal, with prejudice, of charges filed in this action. Fed. R. Crim. P. 48(a).

Finally, pursuant to 18 U.S.C. §3161(h)(2), and with this Court's approval, the period during which this prosecution is delayed shall be and hereby is EXCLUDED under the Speedy Trial Act.

HAVE SEEN AND AGREED TO:

MICHAEL A. BENNETT
United States Attorney

_____
A. Spencer McKiness
Assistant U.S. Attorney

_____
Casey McCall
Attorney for Defendant

IT IS SO ORDERED.

November 30, 2023

David J. Hale, Judge
United States District Court