UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF


v.                                           CRIMINAL NO.  3:23-CR-23-DJH


JENNIFER O'BANNON                                           DEFENDANT


## NOTICE OF DISMISSAL
### *(Filed Electronically)*

The United States of America, herby provides notice of the dismissal with prejudice of the charges filed in this action against Jennifer O'Bannon.  The cause for this notice is the successful completion of pretrial diversion by Jennifer O'Bannon.  The United States respectfully request the Court to dismiss the Indictment, filed February 22, 2023, charging the defendant, Jennifer O'Bannon, with a violation of Title 18, United States Code, Section 924, because she successfully completed pretrial diversion.


Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney


s/*A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH:  (502) 582-6006

FAX: (502) 582-5067
Email: spencer.mckiness@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

s/ *A. Spencer McKiness*
A. Spencer McKiness

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                                          CRIMINAL NO.  3:23-CR-23-DJH

JENNIFER O'BANNON                                          DEFENDANT

### **ORDER**

The United States of America having provided notice of the dismissal of the charges in

this case against Jennifer O'Bannon for the completion of pretrial diversion,

It is ORDERED that the Indictment, filed February 22, 2023, charging the defendant with

a violation of Title 18, United States Code, Section 924(a)(1)(A), be and it hereby is,

DISMISSED with PREJUDICE as to Jennifer O'Bannon.

cc:    United States Attorney
       Chief Probation Officer
       U.S. Marshals